NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GETTY PROPERTIES CORP., | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | |
| v. | **ORDER** |
| RACEWAY PETROLEUM, INC., | Civil Action No. 99-CV-4395 (DMC) |
| Defendant/Third Party Plaintiff, | |
| v. | |
| M.M. WERTHEIM, INC., POWERTEST REALTY, CO., LTD., and JOHN DOES 1-10, | |
| Third Party Defendants. | |
| M.M. WERTHEIM, INC., | |
| Fourth Party Plaintiff, | |
| v. | |
| HUDSON ENVIRONMENTAL SERVICES, INC. and ADR TANK & ENVIRONMENTAL SERVICES, INC., previously d/b/a A. RIVERS BACKHOE SERVICES. | |
| Fourth Party Defendants. | |

This matter coming before the Court upon motion for sanctions by Plaintiff Getty Properties Corp. and Third-Party Defendant Power Test Realty, Co., Ltd. (collectively, "Getty") and cross-motion for sanctions by Defendant Third Party Plaintiff Raceway Petroleum, Inc. ("Raceway"); the Court having carefully considered the submissions of all parties; and for the

reasons stated in the Court's Opinion issued on this day;

IT IS this 7th day of June, 2005,

ORDERED that Getty's motion be and hereby is **denied**, and it is further

ORDERED that Raceway's motion be and hereby is **denied**, and it is further

ORDERED that all outstanding discovery issues be presented to Magistrate Judge Falk within **two (2) weeks** of the date of this Order, meaning all issues must be raised before Judge Falk by **June 21, 2005**.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Date: | June 7, 2005 |
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |